UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X    21 MC 100 (AKH)

Hon. Alvin K. Hellerstein,
U.S.D.J.

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

**RULE 7.1 STATEMENT OF**
**TURNER CONSTRUCTION**
**COMPANY**

----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for TURNER CONSTRUCTION COMPANY certifies that

TURNER CONSTRUCTION COMPANY is a wholly owned indirect subsidiary of Hochtief

AG.  Hochtief AG is a publicly held company headquartered in Germany and was founded in

1875.

Dated: Newark, New Jersey          PATTON BOGGS LLP
       November 28, 2006
                                   By: *James E. Tyrrell, Jr.*
                                        James E. Tyrrell, Jr. (JT-6837)
                                        One Riverfront Plaza, 6th floor
                                        Newark, NJ 07102
                                        (973) 868-5600
                                        JTyrrell@PattonBoggs.com

                                   *Attorneys for defendant* Turner Construction Company